Roman Otkupman, SBN 249423
roman@OLFLA.com
Nidah Farishta, SBN 312360
nidah@OLFLA.com
**OTKUPMAN LAW FIRM
A LAW CORPORATION**
5743 Corsa Ave., Suite 123
Westlake Village, CA 91362
(818) 293-5623


Attorneys for Plaintiff;
CHRISTAL RUBY


Rebecca Benhuri, Bar No. 209443
rbenhuri@littler.com
**LITTLER MENDELSON, P.C.**
101 Second Street
Suite 1000
San Francisco, CA 94105
Telephone: (415) 433-1940
Fax No.: (415) 399-8490

Nicholas W. McKinney, Bar No. 322792
Nmckinney@littler.com
**LITTLER MENDELSON, P.C.**
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
FANEUIL, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| CHRISTAL RUBY, an individual, | Case No. 2:22-cv-00218-DAD-KJN |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| FANEUIL, INC., a Delaware Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

## ORDER

The Joint Stipulation for Dismissal with Prejudice submitted by Plaintiff, Christal Ruby and Defendant, Faneuil, Inc. is approved. **IT IS ORDERED THAT**: the entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(ii); and the Parties are to bear their own costs and attorneys' fees.

Dated:  January 29, 2024            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE